UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John R. Rose, | ) | CASE NO. 1:24 CV 1037 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Harold May, | ) | **Order** |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon the Interim Report and Recommendation of Magistrate Judge Amanda M. Knapp (Doc. 16) which recommends that petitioner's motion to stay and hold these proceedings in abeyance be granted. No objections have been filed. The recommendation is hereby ACCEPTED and this case is administratively CLOSED subject to the conditions set forth herein.

The Magistrate Judge recommends that the case be administratively closed until the pending state court proceedings before the Supreme Court of Ohio, which relate to Claims I-X of the Petition for Writ of Habeas Corpus, are completed, subject to the following additional conditions:

1

1. Mr. Rose shall file status reports with this Court every sixty days, detailing the progress and status of the pending state court proceedings identified above; and

2. Mr. Rose shall file a motion for reinstatement to the Court's active docket within thirty days following the conclusion of the pending state court proceedings identified above.

No objections to the Interim Report and Recommendation have been filed. When no objections have been filed this Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See* Advisory Committee Notes 1983 Addition to Federal Rule of Civil Procedure 72. This Court fully agrees with the reasoning and conclusions of the Magistrate Judge and, having found no clear error, completely adopts her factual and legal conclusions as its own and incorporates them herein by reference. Accordingly, for the reasons set forth in the Magistrate Judge's Interim Report and Recommendation, this case is administratively CLOSED subject to the conditions set forth above.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 1/28/25