UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John R. Rose, | ) | CASE NO. 1:24 CV 1037 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Harold May, | ) | **Order** |
| | ) | |
| Respondent. | ) | |

This matter is before the Court upon the Interim Report and Recommendation of Magistrate Judge Amanda M. Knapp (Doc. 24) which recommends granting petitioner's motion to supplement. (Doc. 18). No objections have been filed. The recommendation is hereby ACCEPTED in accordance with the terms set forth in the Report and Recommendation.

When no objections have been filed this Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See* Advisory Committee Notes 1983 Addition to Federal Rule of Civil Procedure 72. This Court fully agrees with the reasoning and conclusions of the Magistrate Judge and, having found no clear error, completely adopts her factual and legal conclusions as its own and incorporates them herein by

reference. Accordingly, for the reasons set forth in the Magistrate Judge's Interim Report and Recommendation, petitioner's motion to supplement is granted in accordance with the terms set forth in the recommendation.

    IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/22/25